IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60229
Conference Calendar

_____

CHARLES E. KIRK,

Plaintiff-Appellant,

versus

DOYLE MORROW, Captain of Narcotics,
Charleston Police Department;
JERRY WAYNE WILLIAMS, Chief,
Charleston Police Department;
JOHN PAGE, Officer, Charleston
Police Department,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 2:96-CV-130-B
- - - - - - - - - -

August 25, 1999

Before KING, Chief Judge, and DAVIS and SMITH, Circuit Judges.

PER CURIAM:[*]

Charles E. Kirk, Mississippi prisoner # 40934, appeals the
district court's summary judgment in favor of defendants and
dismissal of his 42 U.S.C. § 1983 claims.  Kirk is collaterally
estopped from relitigating Fourth Amendment search-and-seizure
issues already fully and fairly litigated in the state court

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

criminal proceedings against him.  See Allen v. McCurry, 449 U.S. 90, 103-05 (1980).  Accordingly, the district court's dismissal of all of Kirk's § 1983 claims against the defendants is hereby AFFIRMED.

AFFIRMED.